UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,  No. 03-CR-80156

    Plaintiff,  District Judge John Corbett O'Meara

v.  Magistrate Judge R. Steven Whalen

REGINALD HAYES,

    Defendant.
                                   /

**ORDER FOR PARTIES TO FILE BRIEF RE:
GOVERNMENT'S MOTION FOR RECONSIDERATION**

The government has filed a motion for reconsideration of this Court's Opinion and Order of May 27, 2005, granting in part and denying in part Defendant's motion for discovery. In its motion for reconsideration, the government requests opportunity for full briefing.

Pursuant to E.D. Mich. L.R. 7.1(g)(2), the government shall be permitted to file a brief in support of its motion for reconsideration by **JUNE 24, 2005**. The Defendant shall file a response by **JULY 8, 2005**. The motion for reconsideration will be decided on the written pleadings, without oral argument.

SO ORDERED.

                                                  s/R. Steven Whalen
                                                 R. STEVEN WHALEN
                                                 UNITED STATES MAGISTRATE JUDGE

Dated:  June 15, 2005

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on June 15, 2005.

                                                s/Gina Wilson
                                                Judicial Assistant